UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKO TULCANAZA,<br><br>    Plaintiff,<br><br>  v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>    Defendants. | Case No. 22-cv-05657-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 8, 10 |

  Plaintiff Marko Tulcanaza allegedly defaulted on his payments for a multi-unit property in Oakland and subsequently brought suit against various entities alleging violations of the Fair Debt Collection Practices Act, among other claims. *See* Complaint [Dkt. 1-1]. On October 7, 2022, defendants Mortgage Electronic Registration Systems, Inc. and GreenPoint Mortgage Funding, Inc. moved to dismiss all of the claims against them. Tulcanaza's oppositions to the motions were due by or before October 21, 2022. As of today, Tulcanaza has not responded to the pending motions.

  Tulcanaza is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing an opposition or other response to the pending motions by **December 5, 2022**. If he files an opposition or response by that date, defendants may file their replies by December 12, 2022. The hearing on the pending motions to dismiss remains set for December 21, 2022 at 2:00 p.m.

  If Tulcanaza fails to file an opposition or other response to the motions to dismiss by **December 5, 2022**, this action will be DISMISSED for failure to prosecute. Fed. R. Civ. P. 41(b).

  **IT IS SO ORDERED.**

Dated: November 28, 2022

                  William H. Orrick<br>
                  United States District Judge