UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKO TULCANAZA,

        Plaintiff,

    v.

GREENPOINT MORTGAGE FUNDING, INC., et al.,

        Defendants.

Case No. 22-cv-05657-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 10

I previously ordered plaintiff Marko Tulcanaza to respond to the separate motions to dismiss brought by defendants Mortgage Electronic Registration Systems, Inc. and GreenPoint Mortgage Funding, Inc. *See* Order to Show Cause [Dkt. 18]; *see also* Mortgage Electronic Registration Systems' Motion to Dismiss ("MERS Mot.") [Dkt. 8]; GreenPoint Mortgage Funding, Inc.'s Motion to Dismiss ("GreenPoint Mot.") [Dkt. 10]. Tulcanaza timely filed a statement of non-opposition explaining that MERS was named by mistake and that he did not oppose dismissal of all causes of action asserted against MERS. *See* OSC Response [Dkt. 19] at 2. Tulcanaza did not, however, address or otherwise respond to GreenPoint's pending motion to dismiss. It is unclear if that was intentional.

I **ORDER** Tulcanaza to respond to GreenPoint's motion to dismiss by or before December 19, 2022, or else his complaint will be dismissed for failure to prosecute. The pending reply and hearing dates are VACATED.

**IT IS SO ORDERED.**

Dated: December 12, 2022

William H. Orrick
United States District Judge